1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,

8                            Plaintiff,            NO:  2:15-CR-0106-TOR

9          v.                                      PROTECTIVE ORDER

10  LAKIAH KELLI BENNETT,

11                           Defendant.

12        Before the Court are the United States' Motion for Protective Order (ECF

13  No. 13) and Motion to Expedite (ECF No. 14).  The motions were submitted for

14  consideration without oral argument on an expedited basis.  The Court has

15  reviewed the motions and the file herein, and is fully informed.  The United States

16  seeks to protect the integrity of the discovery process and the safety of any

17  cooperating individuals in this matter and requests the Court enter a protective

18  order. For good cause shown, the motions are granted.

19  ///

20  ///

PROTECTIVE ORDER ~ 1

**Accordingly, it is HEREBY ORDERED:**

1.    The United States will provide discovery materials on an on-going basis to defense counsel;

2.    Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents. A copy means a copy of the actual discovery, summarizing content of discovery, quoting from content of discovery, and providing it to Defendant;

3.    Defense counsel may show to, and discuss with the Defendant the discovery material, including sealed documents;

4.    Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

5.    Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the this order.  If the discovery is provided to a Court appointed "expert" or investigator under the parameters of this order, that expert or investigator is subject to the order and therefore subject to sanctions for violation of said order;

6.      Defense counsel shall not leave any discovery materials unsupervised with any person to include the Defendant;

7.      Defense counsel shall not electronically transpose the contents of such discovery material onto any other stationary/paper or media including attorney letterhead;

8.      The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 2:15-CR-0106-TOR; and

9.      The parties reserve the right to seek relief from the Protective Order should the need arise.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** November 12, 2015.



                        THOMAS O. RICE
                    United States District Judge

PROTECTIVE ORDER ~ 3