✎ PS 8
(3/15)

Case 2:15-cr-00106-TOR   Document 46   Filed 03/30/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2016

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Bennett, Lakiah Kelli Jean | Docket No. | 2:15CR00106-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Lakiah Kelli Jean Bennett, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 4th day of February 2016 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #16:** Avoid all contact, direct or indirect, with known felons and/or Co-Defendant(s). Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

**Special Condition #28:** Curfew: Defendant shall be restricted to his/her residence as directed by the Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant admitted to ingesting oxycodone on February 4, 2016.

**Violation #2:** The defendant admitted to smoking methamphetamine, heroin, and oxycodone on March 22, 2016.

**Violation #3:** The defendant admitted to smoking heroin on March 26, 2016.

**Violation #4:** The defendant had contact with a known felon on March 22, 2016.

**Violation #5:** The defendant failed to remain at her residence as instructed on March 14, 2016.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS**

|   |   |   |
|---|---|---|
|   | | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: | March 30, 2016 |
| by | s/Erik Carlson | |
|   | Erik Carlson<br>U.S. Pretrial Services Officer | |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer
March 30, 2016

Date