PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bennett, Lakiah Kelli Jean | Docket No. | 2:15CR00106-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lakiah Kelli Jean Bennett, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 8th day of February 2016 under the following conditions:

**Standard Condition #6:** Defendant shall rep;ort to the United States Probation Office before or immediately after release and shall report as often as they direct, at such time and in such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #28:** Curfew: Defendant shall be restricted to his/her residence as directed by the Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #6:** The defendant failed to report as directed on April 8, 2016.

**Violation #7:** The defendant admitted to ingesting heroin and methamphetamine on April 6, 2016.

**Violation #8:** The defendant admitted to ingesting heroin and methamphetamine on April 10, 2016.

**Violation #9:** The defendant failed to return to her residence as instructed.

### PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  _April 13, 2016_

by  s/Erik Carlson
_____

Erik Carlson
U.S. Pretrial Services Officer

**PS-8**
**Re: Bennett,, Lakiah Kelli Jean**
**April 13, 2016**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

April 13, 2016
_____
Date